**FILED**

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0362

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CASCADE COUNTY,<br><br>       Appellant/Petitioner,<br><br>v.<br><br>MONTANA PETROLEUM TANK<br>RELEASE COMPENSATION BOARD,<br><br>       Appellee/Respondent | Case No.:  DA 24-0362<br><br>**ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>EXTENSION OF TIME** |

On October 23, 2024, Appellee Montana Petroleum Tank Release Compensation Board filed an *Unopposed Motion for Extension of Time* within which to file its Answer Brief, and good cause appearing therefore;

IT IS HEREBY ORDERED that said motion is GRANTED. Appellee's Answer Brief is due November 29, 2024.

## Electronically dated and signed below

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 23 2024